# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Art Johnston, | **COURT MINUTES** |
| | BEFORE: Michael J. Davis |
| | U.S. District Chief Judge |
| Plaintiff, | |
| | Case No:  15-cv-1173 (MJD/SER) |
| v. | Date:  May 6, 2015 |
| | Courthouse:  Duluth |
| | Courtroom:  Courtroom 1 |
| Duluth Public Schools, et al., | Deputy:  Kristine Wegner |
| | Court Reporter:  Lori Simpson |
| | Time Commenced:  9:00 a.m. |
| | Time Concluded:  10:30 a.m. |
| Defendants. | Time in Court:  1 hour and 30 minutes |

Hearing on: **Motion for Preliminary Injunction [8]**

APPEARANCES:

    Plaintiff:    Steven Aggergard and Frederick Finch
    Defendants:    Margaret Skelton and Christian Shafer

PROCEEDINGS:

☒ The motion for Preliminary Injunction was moved, argued and taken under advisement. Order to follow. Parties are ordered to appear before Magistrate Judge Rau for a settlement conference on 5/11/15 at 9:00 a.m. in the St. Paul Federal Courthouse.

Date: May 6, 2015                                                                                      s/Kristine Wegner
                                                                               Calendar Clerk to Chief Judge Michael J. Davis