# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

| | |
|---|---|
| Art Johnston, | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 15cv1173 (MJD/SER) |
| | Dated: May 11, 2015 |
| Duluth Public Schools, | Courthouse: St. Paul |
| Independent School District 709, | Courtroom: Courtroom 3C |
| Annie Harala, | Time Commenced: 9:00 a.m. |
| Rosie Loeffler-Kemp, | Time Concluded: 6:00 p.m. |
| Mike Miernicki, | Time in Court: 9 hours |
| Judy Seliga Punyko, and | |
| Bill Westholm, | |
| | |
| Defendants. | |

**APPEARANCES:**

For Plaintiff: Frederick E. Finch, Steven P. Aggergaard
For Defendants: Christian R. Shafer, Margaret A. Skelton

**PROCEEDINGS:**

Settlement conference held. No settlement reached.

*s/Melissa M. Erstad*
**Signature of Judicial Assistant**